IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 09-cv-01711-REB-CBS

GAETANO IZZO,

    Applicant,

v.

RON WILEY, Warden,

    Respondent.

## OVERRULING OBJECTIONS TO AND ADOPTING RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matters before me are (1) the **Recommendation of United States Magistrate Judge** [#14][1] filed February 9, 2010; (2) plaintiff's **Objections to Magistrate's Report and Recommendation** [#18] filed February 18, 2010; and (3) plaintiff's **Motion for Judicial Notice Pursuant to Fed.R.Evid. 201(d)** [#21] filed April 14, 2010. I overrule the objections, adopt the recommendation, deny plaintiff's petition and motion for judicial notice, and dismiss this case.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable caselaw. Moreover, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. ***See Erickson v. Pardus***,

---

[1] "[#14]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)). The recommendation is detailed and well-reasoned. Contrastingly, plaintiff's objections are without merit.

Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.[2]

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#14] filed February 9, 2010, is **APPROVED AND ADOPTED** as an order of this court;

2. That **the objections stated in** plaintiff's **Objections to Magistrate's Report and Recommendation** [#18] filed February 18, 2010, are **OVERRULED**;

3. That plaintiff's **Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** [#1] filed July 20, 2009, is **DENIED**;

4. That plaintiff's **Motion for Judicial Notice Pursuant to Fed.R.Evid. 201(d)** [#21] filed April 14, 2010, is **DENIED**;

---

[2] Although plaintiff's **Motion for Judicial Notice Pursuant to Fed.R.Evid. 201(d)** [#21], filed April 14, 2010, was filed after the magistrate judge issued his recommendation and, therefore, was not considered by him in reaching his conclusions, I find that the matters addressed by the motion are not appropriate for judicial notice. *See **Milligan-Hitt v. Board of Trustees of Sheridan County School District Number 2**, 523 F.3d 1219, 1226 n.4 (!0th Cir. 2008) (noting that the Rules of Evidence "govern[] only judicial notice of adjudicative facts," not legal authority, and that "the manner in which law is fed into the judicial process is never a proper concern of the rules of evidence but rather of the rules of procedure"). Moreover, I find the caselaw cited therein to be inapposite. Denial of plaintiff's request to be placed in the Pilot Program does not "increase the penalty" to which he is subject, nor is this a case in which the "text, structure, and history" of the statute are ambiguous. *Cf. **United States v. Granderson**, 511 U.S. 39, 42, 54, 114 S.Ct. 1259, 1262, 1267, 127 L.Ed.2d 611 (1994).

5. That this action is **DISMISSED**; and

6. That under 28 U.S.C. § 2253(c)(2) and Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is **DENIED**.

Dated April 23, 2010, at Denver, Colorado.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge

3